**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

TOMIKA ROBINSON,                    )
                                    )
        Plaintiff,          )
                                    )    Civil Action No. 10-109 Erie
    v.                          )
                                    )
MICHAEL BARONE, et al.,             )
                                    )
        Defendants.         )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on May 6, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 10], filed on January 21, 2011, recommended that Plaintiff's case be dismissed for failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service to file objections and service was made on Plaintiff by certified mail. No objections were filed. After _de novo_ review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of February, 2011;

IT IS HEREBY ORDERED that the Plaintiff's case is DISMISSED for failure to prosecute.

The Report and Recommendation [ECF No. 10] of Magistrate Judge Baxter, filed on January 21, 2011, is adopted as the opinion of the Court.

                          s/   Sean J. McLaughlin
                          United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge